LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
benjamin@bsilvermanlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/20

February 27, 2020

**By ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Luoyi Chen*, 18 Cr. 799 (KMW)

Your Honor:

I represent Luoyi Chen in the above-captioned case. On February 25, 2020, at the government's request, the Court entered a *nolle prosequi*, dismissing the charges against Mr. Chen. Dkt. No. 191. Accordingly, I respectfully request that the Court endorse this letter to direct Pretrial Services to return Mr. Chen's passport. The government consents to this request.

*Granted. KMW*

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Luoyi Chen*

cc: All counsel of record (by ECF)

*Pretrial Services is directed to return Mr. Chen's passport to him.*

SO ORDERED:   N.Y., N.Y.   3-3-20

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.